IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV377

| | | |
|---|---|---|
| RICHARD MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADVANCE STORES COMPANY, INC., | ) | |
| d/b/a ADVANCE AUTO PARTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon the Plaintiff's counsel's affidavit in support of

Plaintiff's award of costs and fees associated with the filing of Plaintiff's Motion to Compel filed

on July 27, 2011.  On November 15, 2011, the court entered an Order granting Plaintiff's motion

and directing Plaintiff's counsel to file an affidavit setting forth attorneys' fees and costs

incurred in filing the motion.  Plaintiff's counsel has filed such affidavit requesting an award of

$10,507.50 in fees and costs.  Defendant has filed an objection to this amount as unreasonable.

The Court has reviewed the briefs and affidavit and determines that an award of $5,250 is

reasonable.  Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's motion for fees related to its Motion to

Compel filed on July 27, 2011 (D.E. 12)  is hereby GRANTED, but that Plaintiff is only

awarded the total amount of $5,250, payable by Defendant within ten days.

Signed: February 17, 2012

Graham C. Mullen
United States District Judge