IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV377

| | |
|---|---|
| RICHARD MOORE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADVANCE STORES COMPANY, INC., )<br>d/b/a ADVANCE AUTO PARTS, )<br>)<br>Defendant. )<br>_____) | ORDER |

This matter is before the court upon Plaintiff's Supplemental Motion to Compel. The court has read the briefs filed by both parties and it appears that the requested discovery has been provided and that the motion is therefore moot. The Court is dismayed at the amount of time and resources consumed by the parties and the Court on discovery disputes in this case. Much of this expenditure could have avoided simply by adequate communication. The Court admonishes the parties to consider well the limited resources of the Court prior to engaging in such behavior in the future. The Court declines to grant either side fees or costs.

IT IS THEREFORE ORDERED that Plaintiff's Supplemental Motion to Compel (D.E. 19) is hereby DENIED AS MOOT.

Signed: February 17, 2012

Graham C. Mullen
United States District Judge