IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00377

| | |
|---|---|
| RICHARD A. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ADVANCE STORES COMPANY, ) | |
| INCORPORATED, d/b/a ADVANCE ) | |
| AUTO PARTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on Defendant's Motion for Summary Judgment. The Court held a hearing on August 29, 2012. For the reasons stated in open court, the Defendant's motion is hereby GRANTED.

**IT IS SO ORDERED.**

Signed: August 29, 2012

Graham C. Mullen
United States District Judge

1