# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard A. Moore,

        Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            3:10-cv-377

Advance Stores Company, Incorporated,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2012 Order.

                                            Signed: August 30, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court